**Rasun Heru Anpu ATON,**
**Plaintiff–Appellant,**

v.

**The WACKENHUT CORPORATION,**
**Defendant–Appellee.**

No. 02–1878.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2003.

Decided April 17, 2003.

Eric Steele, Law Office of Eric Steele, Washington, D.C., for Appellant. Jeffrey P. Ayres, Thomas H. Strong, Venable, Baetjer & Howard, L.L.P., Towson, Maryland, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rasun Heru Anpu Aton appeals the district court's order granting summary judgment to Wackenhut in his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Aton v. Wackenhut Corp.*, No. CA–01–598–S (D. Md. July 9, 2002; filed July 10, 2002, entered July 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*